AGNES C. BERNARD, PLAINTIFF-RESPONDENT, v.
PAUL C. IPPOLITO, *ET ALS.*, DEFENDANTS-PETITIONERS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Joseph L. Magrino,* for the petitioners.

*Messrs. Bernard & Bernard,* for the respondent.

May 31, 1966. Denied.

INZA DEVELOPMENT CORP., PLAINTIFF-PETITIONER, v.
MARY BROWN, *ETC.*, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

*Messrs. Gordon & Kanengiser,* for the petitioner.

*Mr. Richard F. Plechner,* for the respondent.

May 31, 1966. Denied.

EMMA BRADLEY, PLAINTIFF-RESPONDENT, v.
HARRY POWLES, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 550.

*Messrs. Lieberman, Gorrin, Connors & Ironson,* for the petitioner.

*Messrs. Marcus & Levy* and *Mr. John Selawsky,* for the respondent.

May 31, 1966. Denied.